UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of July, two thousand twenty-three,

_____

| | |
|---|---|
| Patrick Conklin, | ORDER |
| | Docket No. 23-613 |
| Plaintiff - Appellant, | |
| v. | |
| U.S. Immigration and Customs Enforcement, Alejandro Mayorkas, | |
| Defendants - Appellees, | |
| Afod Franz Jeudy, DFODS Scott Mechkowski, Darius Reeves, William Joyce, FOD Thomas Decker, SDDOs Jeffrey Berndt, Joseph Harrington, | |
| Defendants. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court